IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JOSEPH COLVIN,<br><br>Defendant. | CR 22-76-BLG-SPW<br><br>ORDER |

The Defendant filed a Pro Se Motion with the Court for Status Hearing, Withdrawal of Legal Counsel and to Proceed Pro Se with Assisted Counsel (Doc. 37). A hearing on this matter was held on September 15, 2022. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Lisa Bazant is relieved of all legal duties to Daniel Joseph Colvin.

**IT IS FURTHER ORDERED** that Defendant has knowingly and voluntarily waived his right to counsel and will represent himself Pro Se with the assistance of stand-by counsel.

**IT IS FURTHER ORDERED** that the Federal Defenders of Montana immediately appoint stand-by counsel for Defendant, Daniel Joseph Colvin.

The clerk is directed to notify the parties of the entry of this Order.

DATED this 15th day of September, 2022.

SUSAN P. WATTERS
United States District Judge