IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JOSEPH COLVIN,<br><br>Defendant. | CR 22-76-BLG-SPW<br><br>**ORDER** |

On November 16, 2022, the Court held a detention hearing at which Defendant sought release to attend inpatient chemical dependency treatment at the Rimrock Foundation in Billings, Montana. A bed date has been set for November 18, 2022. Accordingly, IT IS ORDERED:

1. Defendant's detention hearing will be continued pending completion of inpatient treatment.

2. Defendant shall be released from custody temporarily on November 18, 2022, at 11:00 a.m. to the custody of Rimrock Foundation staff for transport to Rimrock Foundation in Billings, Montana for inpatient treatment.

3. Defendant must remain at the Rimrock Foundation for the entire period of inpatient treatment. Defense counsel shall contact the court prior to Defendant's expected completion date of the program, and the Court will set the matter for a further detention hearing. If Defendant voluntarily leaves the program

1

or is removed from the program at any time prior to successful completion, Defendant shall immediately report to the U.S. Marshals in Billings, Montana and return to custody. If Defendant does not immediately report to the U.S. Marshals, a warrant for Defendant's arrest will be issued.

DATED this 16th day of November, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge