IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JOSEPH COLVIN,<br><br>Defendant. | Case No. CR-22-76-BLG-SPW<br><br>**ORDER GRANTING LEAVE** |

Upon the Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 62), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the Defendant's Motion for Leave to File Under Seal is **GRANTED**. The Defendant may file his medical record under seal.

DATED this 19th day of December 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1