IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JOSEPH COLVIN,<br><br>Defendant. | No. CR-22-76-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the sentencing set for Thursday, May 18, 2023, at 1:30 p.m., is **VACATED** and **RESET** for Thursday, May 18, 2023, at <u>2:30 p.m.</u>, <u>changing the time of the hearing only</u>.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 17th day of April, 2023.

SUSAN P. WATTERS
United States District Court Judge