# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **DANIEL JOSEPH COLVIN,** **Defendant.** | CR 22-76-BLG-SPW **FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 73). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on January 13, 2023 (Doc.68);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 73) is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Deyra Arms, model VRBP 100, 12-gauge semi-automatic shotgun (serial number NR334949);

- Heckler and Koch, model 41, caliber unknown, rifle (serial number: 10B859);

- Sccy Industries, LLC (Skyy IND.) CPX-2 Pistol, caliber 9 (Serial number: C403446);

- Electronic Blasting Cap; and

- Various Rounds of Ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this __19th__ day of April, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge