IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JOSEPH COLVIN,<br><br>Defendant. | CR 22-76-BLG-SPW<br><br>ORDER |

On November 16, 2022, Defendant Daniel Joseph Colvin pled guilty to Prohibited Person in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(3). (Doc. 54). He was sentenced to term of time served and three years of supervision on June 14, 2023. (Docs. 82, 83). On April 15, 2025, Colvin filed a motion seeking early termination of his supervised release. (Doc. 88). Colvin has served over half of his supervised release term, has never violated the terms of his release, and has successfully completed treatment programs. (*Id.* at 5).

The Government opposed early termination of Colvin's supervision "due to the seriousness of his offense, the necessity of appropriate punishment, and the potential danger he may still pose to the community." (Doc. 90 at 2). Ultimately, the Government argued that there is no exceptional reason to terminate Colvin's supervision early and that U.S. Probation "believes he would benefit from continued supervision." (*Id.*).

1

Pursuant to Colvin's request, the Court held a hearing on May 7, 2025.

"[A]fter considering a subset of the sentencing factors set forth in 18 U.S.C. § 3553(a), a court may terminate a term of supervised release 'if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.'" *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014) (quoting 18 U.S.C. § 3583(e)(1). In light of the § 3553(a) factors and for the reasons stated on the record, the Court agrees with Colvin that the early termination of his supervised release is appropriate.

Accordingly, IT IS HEREBY ORDERED that Daniel Joseph Colvin's Motion for Early Termination of Supervised Release (Doc. 88) is GRANTED.

DATED this 7th day of May, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge